**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 15, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00187-CV**

---

**IN RE TRE VON VORDENBAUM, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1326138**

---

## MEMORANDUM OPINION

On April 8, 2021, relator Tre Von Vordenbaum filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Chief of the Houston Police Department to permit relator to purchase a copy of relator's offense report.

This court's mandamus jurisdiction is governed by section 22.221 of the Government Code. A court of appeals may issue writs of mandamus against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. Tex. Gov't Code Ann. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the its jurisdiction. *Id.* § 22.221(a).

The Chief of the Houston Police Department is not among the parties specified in section 22.221(b). *See id.* § 22.221(b). Moreover, relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce our appellate jurisdiction. *See id.* § 22.221(a). Therefore, this court lacks jurisdiction to issue a writ of mandamus against the Chief of the Houston Police Department.

Accordingly, relator's petition is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.

2